JOHN A. LYNCH CO., INC., Appellant, v. HELEN J. FENDEL, Individually and as Executrix, etc., of MARIE BURRY, Deceased, EDMUND R. BURRY, JOHN BURRY, ERNA GERBER, ADELINE CARROLL and WALTER BURRY, Respondents.— Action for brokerage commissions in connection with the claimed breach of a written contract to bring about the sale of certain real property in Staten Island. Judgment for the defendants unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

LILLIAN MELNIKER, Suing on Her Own Behalf as a Stockholder and on Behalf of All Other Stockholders of AMERICAN TITLE & GUARANTY COMPANY, MARSHALL MORTGAGE CORPORATION and CANMAR HOLDING CORPORATION, Respondent, and EUGENE KOSTER and HARRY KOSTER, Intervenors, Respondents, v. AMERICAN TITLE & GUARANTY COMPANY and Others, Defendants; SAMUEL A. TELSEY and Others, Appellants.— In a representative action, brought by a stockholder in the right of each of three corporate defendants, to compel the individual defendants, officers and directors thereof, to account for profit allegedly made by them as a result of their wrongdoing as such, and for other relief, order denying motion of the individual defendants to preclude respondents from offering on the trial of this action any evidence on the matters enumerated in the appellants' notice of motion, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.